IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHANIE L. ADCOCK                                    PLAINTIFF

v.                      No. 4:21-cv-669-DPM

SAINT JEAN INDUSTRIES, INC.                     DEFENDANT

### ORDER

The Court appreciates Adcock's response to Saint Jean's motion to seal, *Doc. 26*, and has reviewed the conditionally sealed documents, *Doc. 30*. While the need to protect employee privacy is undeniably important, Saint Jean can do this through redactions instead of through filings under seal. Names, job titles, contact information, photographs, locations, dates, and all other identifying information can be redacted so that the employees are not identifiable. The Court directs Saint Jean to file redacted versions of exhibit 6 and the attachment to exhibit 7 on the public docket by 16 December 2022.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 November 2022