# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STEPHANIE L. ADCOCK**                                          **PLAINTIFF**

**v.**                          **No. 4:21-cv-669-DPM**

**SAINT JEAN INDUSTRIES, INC.**                        **DEFENDANT**

## JUDGMENT

Adcock's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____20 April 2023_____